Dot SOC 2220

## SCHEDULE B ~ PERSONAL PROPERTY (Page 1 of 2)
### (Continuation Sheet)
### Household Goods & Furnishings

Please fill in the quantity to the left of the appropriate item which is contained in your home. Blank lines are provided for items not listed at the end of each list. To the right of each item, please fill in the market value of each item. PLEASE USE FLEA MARKET OR YARD SALE VALUES. Use additional pages, if needed.

### LIVING ROOM

| Qty | Item | Value |
|---|---|---|
| 1 | Sofa | $ 100 |
| 1 | Armchair | $ 25 |
|  | Loveseat | $ |
| 1 | Cocktail Table | $ 25 |
| 2 | End table | $ 30 |
|  | Picture | $ |
|  | Lamp | $ |
| 1 | Credenza | $ 75 |
|  | Bookcase | $ |
|  | Desk | $ |
|  | Wall Unit | $ |
|  | Bar | $ |
|  | Piano | $ |
|  | Organ | $ |
|  | Recliner | $ |
| 2 | Painting | $ 10 |
|  | Plant | $ |
|  | Total | $ 265 |

### KITCHEN

| Qty | Item | Value |
|---|---|---|
|  | Dinette Table & Chairs | $ |
|  | Kitchen Clock | $ |
|  | Microwave | $ |
| 1 | Toaster Oven | $ 10 |
|  | Dishwasher | $ |
| 1 | Dishes, Pots/Pans, Silverware, Etc. | $ 15 |
| 1 | Refrigerator | $ 50 |
|  | Stove | $ |
| ~~6~~ | TV (Size ~~15~~) | $ ~~100~~ |
|  | Total | $ 75 |

### FAMILY ROOM

| Qty | Item | Value |
|---|---|---|
|  | Sofa Bed | $ |
| 1 | Sofa | $ 50 |
| ~~26~~ | Chair | $ 25 |
|  | Loveseat | $ |
|  | Coffee Table | $ |
| 1 | Cocktail Table | $ 10 |
| 1 | Desk | $ 15 |
|  | Lamp | $ |
|  | Bookcase | $ |
|  | Ent. Center | $ |
|  | Stereo | $ |
| 1 | TV (Size 75) | $ 100 |
|  | Bridge Table & Chairs | $ |
|  | Painting | $ |
|  | Plant | $ |
|  | Recliner | $ |
|  | CD Player | $ |
|  | Telephone |  |
|  | Answering Mach. | $ |
| 1 | Credenza | $ 25 |
|  | Total | $ 225 |

### DINING ROOM

| Qty | Item | Value |
|---|---|---|
| 1 | Dining Table | $ 50 |
| 6 | Dining Chair | $ 60 |
|  | Étagère | $ |
| 1 | Buffet | $ 75 |
|  | China Cabinet | $ |
|  | Picture | $ |
|  | Plant | $ |
|  | Armoire | $ |
|  | Total | $ 185 |

### PATIO

| Qty | Item | Value |
|---|---|---|
|  | Patio Table | $ |
| 2 | Patio Chairs | $ 50 |
|  | Umbrella | $ |
|  | Lounge | $ |
|  | Grill | $ |
|  | Total | $ 50 |

### POOL AREA

| Qty | Item | Value |
|---|---|---|
|  | Lounge | $ |
|  | Chair | $ |
|  | Table | $ |
|  | Umbrella | $ |
|  | Pool Equip | $ |
|  | Total | $ |

### MASTER BEDROOM

| Qty | Item | Value |
|---|---|---|
| 1 | King Size Mattress, Box Spring/Frame | $ 50 |
|  | Queen Size Mattress, Box Spring/Frame (Circle one) | $ |
|  | Waterbed | $ |
| 1 | Headboard | $ 25 |
| 1 | Dresser | $ 40 |
| 2 | Night Table | $ 40 |
|  | Lamp | $ |
|  | Vanity | $ |
| 1 | Chair | $ 25 |
|  | Picture | $ |
|  | Footstool/chest | $ |
| 1 | TV (Size 75) | $ 100 |
| 1 | Bedspread | $ 5 |
| 6 | Pillow | $ 5 |
|  | VCR | $ |
|  | Total | $ |
|  | Total this page | $ 290 |

COPYRIGHT © JULIANNE FRANK LAW. UNAUTHORIZED REPRODUCTION WILL BE PROSECUTED.

5511317

**BEDROOM #2**

| Qty | Item | $ |
|---|---|---|
| 1 | King Size Mattress, Box Spring/Frame | 50 |
| | Queen Size Mattress, Box Spring/Frame (Circle one) | |
| | Waterbed | |
| 1 | Headboard | 15 |
| | Dresser | |
| 1 | Night Table | 20 |
| | Lamp | |
| 1 | Vanity | 10 |
| 1 | Chair | 5 |
| | Picture | |
| | Footstool/chest | |
| 1 | TV (Size 45) | 50 |
| 1 | Bedspread | 5 |
| 6 | Pillow | 5 |
| | VCR | |
| | Total | 160 |

**BEDROOM #3 #4 #5**

| Qty | Item | $ |
|---|---|---|
| | King Size Mattress, Box Spring/Frame | |
| 3 | Queen Size Mattress, Box Spring/Frame (Circle one) | 30 |
| | Waterbed | |
| 3 | Headboard | 30 |
| 1 | Dresser | 40 |
| 3 | Night Table | 15 |
| | Lamp | |
| 3 | Vanity | 10 |
| 3 | Chair | 5 |
| | Picture | |
| | Footstool/chest | |
| 3 | TV (Size 45) | 100 |
| 3 | Bedspread | 5 |
| 18 | Pillow | $10 |
| | VCR | |
| | Total | 245 |

**ITEMIZE ADDITIONAL BEDROOMS ON ADDITIONAL PAGE**

**PATIO**

| Item | $ |
|---|---|
| Patio Table | |
| Patio Chairs | |
| Umbrella | |
| Lounge | |
| Grill | |
| Total | |

**POOL AREA**

| Item | $ |
|---|---|
| Lounge | |
| Chair | |
| Table | |
| Umbrella | |
| Pool Equip | |
| Total | |

**ITEMS NOT OTHERWISE LISTED:**

| Qty | Item | $ |
|---|---|---|
| | Washer | |
| | Dryer | |
| | Freezer | |
| | Compactor | |
| | Microwave | |
| | TV (Size __) | |
| | Window A/C | |
| | A/C Compress. | |
| | VCR | |
| | Video Games, Tapes | |
| | Vacuum Cleaner | |
| | Copy Machine | |
| | Typewriter | |
| | Telephone | |
| | Wireless Telephone (Cellphone) | |
| | Car Phone | |
| 1 | Computer | 25 |
| 1 | Comp. Printer | 10 |
| | Comp. Scanner | |
| | Baby Furniture, Toys, Playpen, etc. | |
| | Sewing Mach. | |

| Qty | Item | $ |
|---|---|---|
| 4 | Bicycle | 10 |
| | Hand Tools | |
| | Antiques | |
| | Musical Instruments | |
| | Metal File Cabinet | |
| | Lawn Mower and Other Garden Equip. | |
| | Public Warehouse Contents | |
| | Total | 45 |

Total this page   $ 450
Plus total from page 1   $ 1090

Item 4 Total   $ 1540

COPYRIGHT © JULIANNE FRANK LAW.   UNAUTHORIZED REPRODUCTION WILL BE PROSECUTED.

The foregoing list is true and correct, to the best of my knowledge

_____  8/24/24   _____  8/24/24
Signature of Debtor         Date      Signature of Co-Debtor      Date

COPYRIGHT © JULIANNE FRANK LAW. UNAUTHORIZED REPRODUCTION WILL BE PROSECUTED.