**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                 Case No.24-19720-EPK
                                                                       Chapter 7
ANDREW M. STEIN AND
WENDY STEIN

_____Debtor_____/

# DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

__X__   Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. <u>COMPANY/EMPLOYER WAS PUT INTO RECEIVERSHIP AND PAY TERMINATED</u>_____)

_____   Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

_____   Copies of all payment advices **are not** attached because the debtor:
   ___receives disability payments
   ___is unemployed and does not receive unemployment compensation
   ___receives Social Security payments
   ___receives a pension
   ___does not work outside the home
   _X_is self employed and does not receive payment advices

_____   None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
   Explain:_____

**Joint Debtor (if applicable):**

_____   Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____)

__X__   Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

\_\_\_\_\_ Copies of payment advices **are not** attached because the joint debtor:
   \_\_\_receives disability payments
   \_\_\_is unemployed and does not receive unemployment compensation
   \_\_\_receives Social Security payments
   \_\_\_receives a pension
   \_\_\_does not work outside the home
   \_\_\_is self employed and does not receive payment advices

\_\_\_\_\_ None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: _____

*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court. See Local Rule 5005-1(A)(2).*

_____   Date: 9-13-24
Signature of Attorney or Debtor

_____   Date: 9-13-24
Signature of Joint Debtor, if applicable

  

Pay History

Coast To Coast Imp ...
Andrew Stein

- Pay History (/PayHistory)
- Employee (/Home/Employee)
- Benefits (/Home/Benefits)
- Company (/Home/Company)
- My Settings (/Manage/UserSettings)
- My Documents (/Home/Documents)

(/Home/My)

## 2024

| Check Date | Period End | Net Amount | View Check |
|---|---|---|---|
| 8/2/2024 | 7/26/2024 | $15,886.33 | 📄 |
| 7/19/2024 | 7/12/2024 | $15,886.33 | 📄 |
| 7/5/2024 | 6/28/2024 | $15,886.33 | 📄 |

| 8/2/2024 | 6958 |
|---|---|
| Andrew Stein | $15,886.33 |

### Earnings

| Earning | Hours | Amount |
|---|---|---|
| Regular | 0.00 | $21,000.00 |
| Total | 0.00 | $21,000.00 |

### Employee Taxes

| Tax | Wages | Amount |
|---|---|---|
| Medicare | $21,000.00 | $493.50 |
| OASDI | $0.00 | $0.00 |
| Federal Income Tax | $21,000.00 | $4,620.17 |
| Tennessee SITW | $21,000.00 | $0.00 |
| Total | | $5,113.67 |

### Deductions

There are no Deductions.

### Employer Taxes

| Tax | Wages |
|---|---|
| Medicare - Employer | $21,000.00 |
| OASDI - Employer | $0.00 |
| Fed Unemployment | $0.00 |
| Tennessee SUI | $0.00 |



# Payentry (/)

## Pay History

Coast To Coast Imp ...
Andrew Stein



(/Home/My)

- **Pay History** (/PayHistory)
- **Employee** (/Home/Employee)
- **Benefits** (/Home/Benefits)
- **Company** (/Home/Company)
- **My Settings** (/Manage/UserSettings)
- **My Documents** (/Home/Documents)

## 2024

| Check Date | Period End | Net Amount | View Check |
|---|---|---|---|
| 8/2/2024 | 7/26/2024 | $15,886.33 | 📄 |
| 7/19/2024 | 7/12/2024 | $15,886.33 | 📄 |
| 7/5/2024 | 6/28/2024 | $15,886.33 | 📄 |

| 7/19/2024 | | 6927 |
|---|---|---|
| Andrew Stein | | $15,886.33 |

### Earnings

| Earning | Hours | Amount |
|---|---|---|
| Regular | 0.00 | $21,000.00 |
| **Total** | **0.00** | **$21,000.00** |

### Employee Taxes

| Tax | Wages | Amount |
|---|---|---|
| Medicare | $21,000.00 | $493.50 |
| OASDI | $0.00 | $0.00 |
| Federal Income Tax | $21,000.00 | $4,620.17 |
| Tennessee SITW | $21,000.00 | $0.00 |
| **Total** | | **$5,113.67** |

### Deductions

*There are no Deductions.*

### Employer Taxes

| Tax | Wages |
|---|---|
| Medicare - Employer | $21,000.00 |
| OASDI - Employer | $0.00 |
| Fed Unemployment | $0.00 |
| Tennessee SUI | $0.00 |

 (/)  (/) 

Pay History

Coast To Coast Imp ...
Andrew Stein

**Pay History** (/PayHistory)

**Employee** (/Home/Employee)

**Benefits** (/Home/Benefits)

**Company** (/Home/Company)

**My Settings** (/Manage/UserSettings)

**My Documents** (/Home/Documents)

(/Home/My)

# 2024

| Check Date | Period End | Net Amount | View Check |
|---|---|---|---|
| 7/19/2024 | 7/12/2024 | $15,886.33 | 📄 |
| 7/5/2024 | 6/28/2024 | $15,886.33 | 📄 |
| 6/21/2024 | 6/14/2024 | $15,886.33 | 📄 |

| 7/5/2024 | | 6896 |
|---|---|---|
| Andrew Stein | | $15,886.33 |

### Earnings

| Earning | Hours | Amount |
|---|---|---|
| Regular | 0.00 | $21,000.00 |
| **Total** | **0.00** | **$21,000.00** |

### Employee Taxes

| Tax | Wages | Amount |
|---|---|---|
| Medicare | $21,000.00 | $493.50 |
| OASDI | $0.00 | $0.00 |
| Federal Income Tax | $21,000.00 | $4,620.17 |
| Tennessee SITW | $21,000.00 | $0.00 |
| **Total** | | **$5,113.67** |

### Deductions

There are no Deductions.

### Employer Taxes

| Tax | Wages |
|---|---|
| Medicare - Employer | $21,000.00 |
| OASDI - Employer | $0.00 |
| Fed Unemployment | $0.00 |
| Tennessee SUI | $0.00 |

 (/)  (/) 

Pay History

Coast To Coast Imp ...
Andrew Stein

**Pay History** (/PayHistory)

**Employee** (/Home/Employee)

**Benefits** (/Home/Benefits)

**Company** (/Home/Company)

**My Settings** (/Manage/UserSettings)

**My Documents** (/Home/Documents)

(/Home/My)

# 2024

| Check Date | Period End | Net Amount | View Check |
|---|---|---|---|
| 7/5/2024 | 6/28/2024 | $15,886.33 | 📄 |
| 6/21/2024 | 6/14/2024 | $15,886.33 | 📄 |
| 6/7/2024 | 5/31/2024 | $15,886.33 | 📄 |

| 6/21/2024 | | 6865 |
|---|---|---|
| Andrew Stein | | $15,886.33 |

### Earnings

| Earning | Hours | Amount |
|---|---|---|
| Regular | 0.00 | $21,000.00 |
| **Total** | **0.00** | **$21,000.00** |

### Employee Taxes

| Tax | Wages | Amount |
|---|---|---|
| Medicare | $21,000.00 | $493.50 |
| OASDI | $0.00 | $0.00 |
| Federal Income Tax | $21,000.00 | $4,620.17 |
| Tennessee SITW | $21,000.00 | $0.00 |
| **Total** | | **$5,113.67** |

### Deductions

There are no Deductions.

### Employer Taxes

| Tax | Wages |
|---|---|
| Medicare - Employer | $21,000.00 |
| OASDI - Employer | $0.00 |
| Fed Unemployment | $0.00 |
| Tennessee SUI | $0.00 |

  

## Pay History

Coast To Coast Imp ...
Andrew Stein

**Pay History** (/PayHistory)

**Employee** (/Home/Employee)

**Benefits** (/Home/Benefits)

**Company** (/Home/Company)

**My Settings** (/Manage/UserSettings)

**My Documents** (/Home/Documents)

(/Home/My)

# 2024

| Check Date | Period End | Net Amount | View Check |
|---|---|---|---|
| 6/21/2024 | 6/14/2024 | $15,886.33 | 📄 |
| 6/7/2024 | 5/31/2024 | $15,886.33 | 📄 |
| 5/24/2024 | 5/17/2024 | $15,886.33 | 📄 |

| 6/7/2024 | | 6837 |
|---|---|---|
| Andrew Stein | | $15,886.33 |

### Earnings

| Earning | Hours | Amount |
|---|---|---|
| Regular | 0.00 | $21,000.00 |
| **Total** | **0.00** | **$21,000.00** |

### Employee Taxes

| Tax | Wages | Amount |
|---|---|---|
| Medicare | $21,000.00 | $493.50 |
| OASDI | $0.00 | $0.00 |
| Federal Income Tax | $21,000.00 | $4,620.17 |
| Tennessee SITW | $21,000.00 | $0.00 |
| **Total** | | **$5,113.67** |

### Deductions

*There are no Deductions.*

### Employer Taxes

| Tax | Wages |
|---|---|
| Medicare – Employer | $21,000.00 |
| OASDI – Employer | $0.00 |
| Fed Unemployment | $0.00 |
| Tennessee SUI | $0.00 |

  

Pay History

Coast To Coast Imp ...
Andrew Stein

- Pay History (/PayHistory)
- Employee (/Home/Employee)
- Benefits (/Home/Benefits)
- Company (/Home/Company)
- My Settings (/Manage/UserSettings)
- My Documents (/Home/Documents)

(/Home/My)

## 2024

| Check Date | Period End | Net Amount | View Check |
|---|---|---|---|
| 6/7/2024 | 5/31/2024 | $15,886.33 | 📄 |
| 5/24/2024 | 5/17/2024 | $15,886.33 | 📄 |
| 5/10/2024 | 5/3/2024 | $15,886.33 | 📄 |

5/24/2024                                   6806
Andrew Stein                         $15,886.33

### Earnings

| Earning | Hours | Amount |
|---|---|---|
|  | 0.00 | $21,000.00 |
| Total | 0.00 | $21,000.00 |

### Employee Taxes

| Tax | Wages | Amount |
|---|---|---|
| Medicare | $21,000.00 | $493.50 |
| OASDI | $0.00 | $0.00 |
| Federal Income Tax | $21,000.00 | $4,620.17 |
| Tennessee SITW | $21,000.00 | $0.00 |
| **Total** |  | **$5,113.67** |

### Deductions

There are no Deductions.

### Employer Taxes

| Tax | Wages |
|---|---|
| Medicare - Employer | $21,000.00 |
| OASDI - Employer | $0.00 |
| Fed Unemployment | $0.00 |
| Tennessee SUI | $0.00 |

 (/) **Payentry**™ (/) 

## Pay History

Coast To Coast Imp ...
Andrew Stein

(/Home/My)

- **Pay History** (/PayHistory)
- **Employee** (/Home/Employee)
- **Benefits** (/Home/Benefits)
- **Company** (/Home/Company)
- **My Settings** (/Manage/UserSettings)
- **My Documents** (/Home/Documents)

### 2024

| Check Date | Period End | Net Amount | View Check |
|---|---|---|---|
| 5/24/2024 | 5/17/2024 | $15,886.33 | 📄 |
| 5/10/2024 | 5/3/2024 | $15,886.33 | 📄 |
| 4/26/2024 | 4/19/2024 | $15,886.33 | 📄 |

| 5/10/2024 | | 6778 |
|---|---|---|
| Andrew Stein | | $15,886.33 |

### Earnings

| Earning | Hours | Amount |
|---|---|---|
| Regular | 0.00 | $21,000.00 |
| **Total** | **0.00** | **$21,000.00** |

### Employee Taxes

| Tax | Wages | Amount |
|---|---|---|
| Medicare | $21,000.00 | $493.50 |
| OASDI | $0.00 | $0.00 |
| Federal Income Tax | $21,000.00 | $4,620.17 |
| Tennessee SITW | $21,000.00 | $0.00 |
| **Total** | | **$5,113.67** |

### Deductions

There are no Deductions.

### Employer Taxes

| Tax | Wages |
|---|---|
| Medicare - Employer | $21,000.00 |
| OASDI - Employer | $0.00 |
| Fed Unemployment | $0.00 |
| Tennessee SUI | $0.00 |

  

# Payentry (/)

## Pay History

Coast To Coast Imp ...
Andrew Stein

(/Home/My)

- **Pay History** (/PayHistory)
- **Employee** (/Home/Employee)
- **Benefits** (/Home/Benefits)
- **Company** (/Home/Company)
- **My Settings** (/Manage/UserSettings)
- **My Documents** (/Home/Documents)

## 2024

| Check Date | Period End | Net Amount | View Check |
|---|---|---|---|
| 5/10/2024 | 5/3/2024 | $15,886.33 | 📄 |
| 4/26/2024 | 4/19/2024 | $15,886.33 | 📄 |
| 4/12/2024 | 4/5/2024 | $15,886.33 | 📄 |

| 4/26/2024 | | 6747 |
|---|---|---|
| Andrew Stein | | $15,886.33 |

### Earnings

| Earning | Hours | Amount |
|---|---|---|
| Regular | 0.00 | $21,000.00 |
| **Total** | **0.00** | **$21,000.00** |

### Employee Taxes

| Tax | Wages | Amount |
|---|---|---|
| Medicare | $21,000.00 | $493.50 |
| OASDI | $0.00 | $0.00 |
| Federal Income Tax | $21,000.00 | $4,620.17 |
| Tennessee SITW | $21,000.00 | $0.00 |
| **Total** | | **$5,113.67** |

### Deductions

There are no Deductions.

### Employer Taxes

| Tax | Wages |
|---|---|
| Medicare - Employer | $21,000.00 |
| OASDI - Employer | $0.00 |
| Fed Unemployment | $0.00 |
| Tennessee SUI | $0.00 |

  (/) 

Pay History

Coast To Coast Imp ...
Andrew Stein

(/Home/My)

**Pay History** (/PayHistory)

**Employee** (/Home/Employee)

**Benefits** (/Home/Benefits)

**Company** (/Home/Company)

**My Settings** (/Manage/UserSettings)

**My Documents** (/Home/Documents)

## 2024

| Check Date | Period End | Net Amount | View Check |
|---|---|---|---|
| 4/26/2024 | 4/19/2024 | $15,886.33 | 📄 |
| 4/12/2024 | 4/5/2024 | $15,886.33 | 📄 |
| 3/29/2024 | 3/22/2024 | $33,643.06 | 📄 |

| 4/12/2024 | | 6719 |
|---|---|---|
| Andrew Stein | | $15,886.33 |

### Earnings

| Earning | Hours | Amount |
|---|---|---|
| Regular | 0.00 | $21,000.00 |
| Total | 0.00 | $21,000.00 |

### Employee Taxes

| Tax | Wages | Amount |
|---|---|---|
| Medicare | $21,000.00 | $493.50 |
| OASDI | $0.00 | $0.00 |
| Federal Income Tax | $21,000.00 | $4,620.17 |
| Tennessee SITW | $21,000.00 | $0.00 |
| Total | | $5,113.67 |

### Deductions

There are no Deductions.

### Employer Taxes

| Tax | Wages |
|---|---|
| Medicare - Employer | $21,000.00 |
| OASDI - Employer | $0.00 |
| Fed Unemployment | $0.00 |
| Tennessee SUI | $0.00 |

  

# Payentry

## Pay History

Coast To Coast Imp ...
Andrew Stein

(/Home/My)

**Pay History** (/PayHistory)
**Employee** (/Home/Employee)
**Benefits** (/Home/Benefits)
**Company** (/Home/Company)
**My Settings** (/Manage/UserSettings)
**My Documents** (/Home/Documents)

## 2024

| Check Date | Period End | Net Amount | View Check |
|---|---|---|---|
| 4/12/2024 | 4/5/2024 | $15,886.33 | 📄 |
| 3/29/2024 | 3/22/2024 | $33,643.06 | 📄 |
| 3/15/2024 | 3/8/2024 | $33,643.06 | 📄 |

3/29/2024                                       6683
Andrew Stein                              $33,643.06

### Earnings

| Earning | Hours | Amount |
|---|---|---|
| Regular | 0.00 | $50,000.00 |
| **Total** | **0.00** | **$50,000.00** |

### Employee Taxes

| Tax | Wages | Amount |
|---|---|---|
| Medicare | $50,000.00 | $1,175.00 |
| OASDI | $0.00 | $0.00 |
| Federal Income Tax | $50,000.00 | $15,181.94 |
| Tennessee SITW | $50,000.00 | $0.00 |
| **Total** | | **$16,356.94** |

### Deductions

There are no Deductions.

### Employer Taxes

| Tax | Wages |
|---|---|
| Medicare - Employer | $50,000.00 |
| OASDI - Employer | $0.00 |
| Fed Unemployment | $0.00 |
| Tennessee SUI | $0.00 |




# Payentry
## Pay History

Coast To Coast Imp ...
Andrew Stein

**Pay History** (/PayHistory)
**Employee** (/Home/Employee)
**Benefits** (/Home/Benefits)
**Company** (/Home/Company)
**My Settings** (/Manage/UserSettings)
**My Documents** (/Home/Documents)

(/Home/My)

## 2024

| Check Date | Period End | Net Amount | View Check |
|---|---|---|---|
| 3/29/2024 | 3/22/2024 | $33,643.06 | 🅿 |
| 3/15/2024 | 3/8/2024 | $33,643.06 | 🅿 |
| 3/1/2024 | 2/23/2024 | $33,643.06 | 🅿 |

3/15/2024                                          6655
Andrew Stein                                  $33,643.06

### Earnings

| Earning | Hours | Amount |
|---|---|---|
| Regular | 0.00 | $50,000.00 |
| Total | 0.00 | $50,000.00 |

### Employee Taxes

| Tax | Wages | Amount |
|---|---|---|
| Medicare | $50,000.00 | $1,175.00 |
| OASDI | $0.00 | $0.00 |
| Federal Income Tax | $50,000.00 | $15,181.94 |
| Tennessee SITW | $50,000.00 | $0.00 |
| Total | | $16,356.94 |

### Deductions

There are no Deductions.

### Employer Taxes

| Tax | Wages |
|---|---|
| Medicare - Employer | $50,000.00 |
| OASDI - Employer | $0.00 |
| Fed Unemployment | $0.00 |
| Tennessee SUI | $0.00 |

 

# Payentry (/)

## Pay History

Coast To Coast Imp ...
Andrew Stein

(/Home/My)

**Pay History** (/PayHistory)

**Employee** (/Home/Employee)

**Benefits** (/Home/Benefits)

**Company** (/Home/Company)

**My Settings** (/Manage/UserSettings)

**My Documents** (/Home/Documents)

## 2024

| Check Date | Period End | Net Amount | View Check |
|---|---|---|---|
| 3/15/2024 | 3/8/2024 | $33,643.06 | 📄 |
| 3/1/2024 | 2/23/2024 | $33,643.06 | 📄 |
| 2/16/2024 | 2/9/2024 | $32,939.86 | 📄 |

| 3/1/2024 | | 6627 |
|---|---|---|
| Andrew Stein | | $33,643.06 |

### Earnings

| Earning | Hours | Amount |
|---|---|---|
| Regular | 0.00 | $50,000.00 |
| Total | 0.00 | $50,000.00 |

### Employee Taxes

| Tax | Wages | Amount |
|---|---|---|
| Medicare | $50,000.00 | $1,175.00 |
| OASDI | $0.00 | $0.00 |
| Federal Income Tax | $50,000.00 | $15,181.94 |
| Tennessee SITW | $50,000.00 | $0.00 |
| Total | | $16,356.94 |

### Deductions

There are no Deductions.

### Employer Taxes

| Tax | Wages |
|---|---|
| Medicare – Employer | $50,000.00 |
| OASDI - Employer | $0.00 |
| Fed Unemployment | $0.00 |
| Tennessee SUI | $0.00 |

© MPAY, Inc 2024          **Privacy Notice**          Ver. 1.27.16.0 | 638




# Payentry (/)

## Pay History

Coast To Coast Imp ...
Andrew Stein

(/Home/My)

**Pay History** (/PayHistory)

**Employee** (/Home/Employee)

**Benefits** (/Home/Benefits)

**Company** (/Home/Company)

**My Settings** (/Manage/UserSettings)

**My Documents** (/Home/Documents)

## 2024

| Check Date | Period End | Net Amount | View Check |
|---|---|---|---|
| 3/1/2024 | 2/23/2024 | $33,643.06 | 📄 |
| 2/16/2024 | 2/9/2024 | $32,939.86 | 📄 |
| 2/2/2024 | 1/26/2024 | $30,993.06 | 📄 |

| 2/16/2024 | | 6596 |
|---|---|---|
| Andrew Stein | | $32,939.86 |

### Earnings

| Earning | Hours | Amount |
|---|---|---|
| Regular | 0.00 | $50,000.00 |
| **Total** | **0.00** | **$50,000.00** |

### Employee Taxes

| Tax | Wages | Amount |
|---|---|---|
| Medicare | $50,000.00 | $725.00 |
| OASDI | $18,600.00 | $1,153.20 |
| Federal Income Tax | $50,000.00 | $15,181.94 |
| Tennessee SITW | $50,000.00 | $0.00 |
| **Total** | | **$17,060.14** |

### Deductions

There are no Deductions.

### Employer Taxes

| Tax | Wages |
|---|---|
| Medicare - Employer | $50,000.00 |
| OASDI - Employer | $18,600.00 |
| Fed Unemployment | $0.00 |
| Tennessee SUI | $0.00 |

  

# Payentry™ (/)

### Pay History

Coast To Coast Imp ...
Andrew Stein

(/Home/My)

**Pay History** (/PayHistory)

**Employee** (/Home/Employee)

**Benefits** (/Home/Benefits)

**Company** (/Home/Company)

**My Settings** (/Manage/UserSettings)

**My Documents** (/Home/Documents)

## 2024

| Check Date | Period End | Net Amount | View Check |
|---|---|---|---|
| 2/16/2024 | 2/9/2024 | $32,939.86 | 📄 |
| 2/2/2024 | 1/26/2024 | $30,993.06 | 📄 |
| 1/19/2024 | 1/12/2024 | $30,993.06 | 📄 |

2/2/2024                                                    6568
Andrew Stein                                          $30,993.06

### Earnings

| Earning | Hours | Amount |
|---|---|---|
| Regular | 0.00 | $50,000.00 |
| **Total** | **0.00** | **$50,000.00** |

### Employee Taxes

| Tax | Wages | Amount |
|---|---|---|
| Medicare | $50,000.00 | $725.00 |
| OASDI | $50,000.00 | $3,100.00 |
| Federal Income Tax | $50,000.00 | $15,181.94 |
| Tennessee SITW | $50,000.00 | $0.00 |
| **Total** | | **$19,006.94** |

### Deductions

There are no Deductions.

### Employer Taxes

| Tax | Wages |
|---|---|
| Medicare – Employer | $50,000.00 |
| OASDI – Employer | $50,000.00 |
| Fed Unemployment | $0.00 |
| Tennessee SUI | $0.00 |